LOUIS J. BEERS, APPELLANT, v. BROAD AND MARKET NATIONAL BANK OF NEWARK, RESPONDENT.

Submitted May 31, 1930—Decided October 20, 1930.

For the appellant, *Merritt Lane*.

For the respondent, *Leber & Ruback*.

PER CURIAM.

We conclude that the judgment under review should be affirmed, and that it is sufficient to rest our affirmance upon the second ground contained in the opinion of the Supreme Court, *ubi supra*, without special consideration or discussion of the first ground set out in that opinion.

The judgment will accordingly be affirmed.

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, MC-GLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.